IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JAMES WILSON,

     Plaintiff,

v.                                                        C.A. NO.: 1: 10-CV-00160-SS

SYSTEMS & PROCESSES ENGINEERING
CORPORATION and RANDOLPH E. NOSTER,

     Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants by and through their undersigned counsel, hereby stipulate and agree to dismiss with prejudice this action with all its claims and counterclaims.  The parties also hereby agree and stipulate that each party shall be solely responsible for their own attorney's fees and costs.

Respectfully submitted this 26th day of May, 2011.


/s/  Charles Scalise                                  /s/ Dean J. Fisher_____
Charles L. Scalise                                    Dean J. Fisher
State Bar No.: 24064621                               State Bar No. 07049710
ROSS LAW, P.C.                                        6800 Burleson Road, Bldg. 320
1104 San Antonio Street                               Austin, Texas 78744
Austin, Texas 78701                                   (512) 691-8180 Telephone
(512) 474-7677 Telephone                              (512) 494-0756 Facsimile
(512) 474-5306 Facsimile                              ATTORNEYS FOR DEFENDANTS
ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JAMES WILSON,

      Plaintiff,

v.                                                                              C.A. NO.: 1: 10-CV-00160-SS

SYSTEMS & PROCESSES ENGINEERING
CORPORATION and RANDOLPH E. NOSTER,

      Defendants.

_____/

## <u>ORDER OF DISMISSAL</u>

On this day, the Court considered the Parties Stipulation of Dismissal with Prejudice.

Having considered the pleading, the above-styled and numbered cause is hereby ORDERED

DISMISSED WITH PREJUDICE.

SIGNED this ___ day of _____, 2011.

_____
HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE